Jason Lawley  SBN:  232156
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA  95814
(916) 442-2322
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE:  2:14-cr-00086-MCE-1 |
| | ) |
| Plaintiff | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE: September 5, 20014 |
| | ) TIME: 9 a.m. |
| MICHAEL RAY ROBERTSON | ) DEPT: 7 |
| | ) |
| Defendant | ) |
| | ) |

Plaintiff United States of America, by and through its counsel of record, and

defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 5, 20014.

2. By this stipulation, defendant now moves to continue the status conference until

December 11, 2014, and to exclude time between September 5, 2014, and

December 11, 2014, under Local Code T4

3. The parties agree and stipulate, and request that the Court find the following:

**1** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

a) The government has represented that the discovery associated with this case is primarily electronic evidence, seized from the defendant's residence, which has been reviewed by his counsel.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 5, 2014 to September 4, 2014 inclusive, is deemed excludable in case 2;14-cr-00086 and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**2** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

IT IS SO STIPULATED.

Dated: September 4, 2014                    BENJAMIN B. WAGNER United States Attorney


                                            /s/ Matthew Morris

                                            Matthew Morris

                                            Assistant United States Attorney


Dated: September, 2014                      /s/ JASON LAWLEY

                                            JASON LAWLEY

                                            Counsel for Defendant



**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 5, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**3** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT