Jason Lawley  SBN: 232156
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA  95814
(916) 442-2322
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE:  2;14-cr-00086 |
|  | ) |
| Plaintiff | ) STIPULATION AND ORDER |
|  | ) (SECOND AMENDED) |
| v. | ) DATE: August 20, 2015 |
|  | ) TIME: 9 a.m. |
| MICHAEL RAY ROBERTSON | ) DEPT: 7 |
|  | ) |
| Defendant | ) |
|  | ) |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1. By previous order, this matter was set for status on August 20, 20015.

    2. By this stipulation, defendant now moves to continue the status conference until September 17, 2015, and to exclude time between August 20, 2015, and September 17, 2015, under Local Code T4

    3. The parties agree and stipulate, and request that the Court find the following:

        a) The government has represented that the discovery associated with this case is primarily electronic evidence, seized from the defendant's residence, which has been reviewed by his counsel.

///

**1** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2015 to September 17, 2015 inclusive, is deemed excludable in case 2;14-cr-00086 and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
//
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 18, 2015                         BENJAMIN B. WAGNER United States Attorney

/s/ Matthew Morris
Matthew Morris
Assistant United States Attorney

Dated: August 18, 2015                         /s/ JASON LAWLEY
JASON LAWLEY
Counsel for Defendant

ORDER

IT IS SO ORDERED.

Dated: January 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT