1  Jason Lawley  SBN:  232156
   Law Office of Jason Lawley
2  901 H Street, Suite 674
   Sacramento, CA  95814
3  (916) 442-2322
   Email: Mjasonlawley@hotmail.com
4

5

6

7      IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

8                                    CALIFORNIA

9

10  THE UNITED STATES OF AMERICA,      ) CASE:  2;14-cr-00086
                                       )
11           Plaintiff                 ) STIPULATION AND ORDER
                                       )
12  v.                                 ) DATE: FEBUARY 4, 2016
                                       ) TIME: 9 a.m.
13                                     )
    MICHAEL RAY ROBERTSON              ) DEPT: 7
14                                     )
15           Defendant                 )
    _____   )
16

17

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1. By previous order, this matter was set for status on FEBUARY 4, 2016.

21       2. By this stipulation, defendant now moves to continue the status conference until

22  MARCH 10, 2016, and to exclude time between FEBUARY 4, 2016, and MARCH

23  10, 2016, under Local Code T4

24       3. The parties agree and stipulate, and request that the Court find the following:

25            a) The government has represented that the discovery associated with this

26            case is primarily electronic evidence, seized from the defendant's residence,

27            which has been reviewed by his counsel.

28            b) Counsel for defendant believes that failure to grant the above-requested

    1   STIPULATION REGARDING EXCLUDABLE TIME

        PERIODS UNDER SPEEDY TRIAL ACT

1   continuance would deny him the reasonable time necessary for effective

2   preparation, taking into account the exercise of due diligence.

3   d) The government does not object to the continuance.

4   e) Based on the above-stated findings, the ends of justice served by

5   continuing the case as requested outweigh the interest of the public and the

6   defendant in a trial within the original date prescribed by the Speedy Trial

7   Act.

8   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

9   § 3161, et seq., within which trial must commence, the time period of

10  FEBUARY 4, 2016 to MARCH 10, 2016 inclusive, is deemed excludable

11  in case 2;14-cr-00086 and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

12  [Local Code T4] because it results from a continuance granted by the Court

13  at defendant's request on the basis of the Court's finding that the ends of

14  justice served by taking such action outweigh the best interest of the public

15  and the defendant in a speedy trial.

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**2**   STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

1

2

3

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

4

IT IS SO STIPULATED.

5

Dated: January 26, 2016                   BENJAMIN B. WAGNER

6

                                        United States Attorney

7

                                        /s/ Matthew Morris

8

                                        Matthew Morris
                                        Assistant United States Attorney

9

Dated: January 26, 2016                   /s/ JASON LAWLEY
                                        JASON LAWLEY

10

                                        Counsel for Defendant

11

12

       IT IS SO ORDERED.

13

Dated:  January 26, 2016

14

15

16

_____
       MORRISON C. ENGLAND, JR., CHIEF JUDGE

17

       UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

**3**   STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT