UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL RAY ROBERTSON,<br><br>Movant. | No. 2:14-cr-0086-MCE-EFB P<br><br>ORDER FOR TRIAL COUNSEL TO PRODUCE FILE |

In a motion filed July 3, 2018, movant states that he cannot prepare an amended § 2255 motion alleging ineffective assistance of counsel because his trial counsel refuses to release his case file. ECF No. 75. He requests (1) leave of court to file an amended § 2255 motion, (2) an order directing trial counsel to release the case file to movant at his place of incarceration, and (3) a payment plan from the court to allow movant to obtain copies of the plea colloquy transcript (ECF No. 37) and the sentencing hearing transcript (ECF No. 54).

In requesting leave of court to file an amended § 2255 motion, movant is essentially seeking a ruling as to the timeliness of such a motion. If and when movant files an amended § 2255 motion, the government may or may not challenge its timeliness. Only if the government makes such a challenge will the court need to address the issue of timeliness. Until then, the matter simply is not ripe.

/////

Movant's request for an order that his trial attorney return his case file is granted in part and his trial counsel shall either respond to the motion or confirm that the file has been provided to movant. Further, the Clerk of the Court is directed to provide movant with information as to the total cost of copies for the requested transcripts.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within 21 days of the date of this order, movant's trial counsel shall either file a response to movant's motion[1] (ECF No. 75) or a declaration stating that the case file has been released to movant as requested.
2. The Clerk of the Court, as soon as practicable, shall determine the cost for movant to obtain copies of the plea colloquy transcript (ECF No. 37) and the sentencing hearing transcript (ECF No. 54) and shall provide those costs to movant.
3. The Clerk of the Court shall terminate ECF No. 75.

DATED: August 7, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If trial counsel files a response, movant may file a reply to that response within 21 days thereafter.