UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Respondent,          No. 2:14-cr-0086-MCE-EFB

vs.

MICHAEL RAY ROBERTSON,

       Movant.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Michael Ray Robertson, inmate 71529-097, a necessary and material witness in proceedings in this case on December 19, 2018, is confined in Federal Correctional Institution, Lompoc, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by telephonic-conferencing at Federal Correctional Institution, Lompoc, December 19, 2018, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, Federal Correctional Institution, Lompoc, 3600 Guard Road, Lompoc, California, 93436:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 31, 2018.

                                           EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE