UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL RAY ROBERTSON,<br><br>Movant. | No. 2:14-cr-0086-MCE-EFB P<br><br>ORDER AFTER HEARING |

On December 19, 2018, this action was on calendar for a hearing as to movant's request for production of his case file from his former attorney, Michael Lawley (ECF Nos. 75 & 79). Movant appeared pro se, telephonically. Michael Lawley appeared and Assistant United States Attorney Matthew Morris appeared for the government.

For the reasons stated on the record at the hearing, it is ORDERED that movant's requests are granted to the extent that the government shall produce for movant a copy of the plea agreement (ECF No. 40) and the probable cause affidavit. In all other respects, movant's motions are denied.

DATED: February 8, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE