UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0086-MCE-EFB-P |
|---|---|
| Respondent, | |
| v. | ORDER |
| MICHAEL RAY ROBERTSON, | |
| Movant. | |

On February 18, 2019, the court resolved the only pending matter – movant's motion for a copy of his plea agreement. ECF No. 85. Despite the resolution of outstanding matters in these proceedings, movant now moves for the appointment of counsel. ECF No. 89. Movant's motion is DENIED.

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2255 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

So ordered.

Dated: August 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE