UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL RAY ROBERTSON,<br><br>Movant. | No. 2:14-cr-0086-MCE-EFB-P<br><br><br><br>ORDER |

On February 8, 2019, the court resolved the only pending matter – movant's motion for a copy of his plea agreement. ECF No. 85. Despite the resolution of outstanding matters in these proceedings, movant now moves for a second time, for the appointment of counsel. ECF No. 91. Movant's motion is DENIED.

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2255 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

So ordered.

Dated: October 13, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE