HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
MICHAEL RAY ROBERTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00086-JAM |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| MICHAEL RAY ROBERTSON, | |
| Defendant-Movant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibits 1, 2, and 7 to Defendant-Movant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket.  The Request and its Exhibit 1, 2, and 7 are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED:  June 1, 2022                            /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 UNITED STATES DISTRICT COURT JUDGE

Robertson:  Sealing Order